# Order

Michigan Supreme Court
Lansing, Michigan

September 3, 2013

146235(78)(79)(80)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOEL ALEXZANDER GOMEZ,
      Defendant-Appellant.

SC: 146235
COA: 301706
Cass CC: 09-010252-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's May 22, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motions for clarification are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013 _____



Clerk

h0826